

OFFICE OF THE UNITED STATES TRUSTEE
402 West Broadway, Suite 600
San Diego, CA 92101
(619) 557-5013

TO:   Ron Arth

DATE: May 4, 2011

# TRANSMITTAL OF CHAPTER 7
# FINAL ACCOUNT(S)
# UNCLAIMED FUNDS CHECK(S)

This office completed review of the Trustee Final Account, Certification that the estate has been fully administered, application for Discharge and if applicable for transmittal of unclaimed funds pursuant to FRBP 3011 that was prepared by Chapter 7 Trustee **Richard M. Kipperman**.

Attached is a check for unclaimed or uncashed funds payable to the Registry of the U.S. Bankruptcy Court pursuant to Federal Rule of Bankruptcy Procedure 3011. Stop payment notices have been issued to the bank for each of the uncashed checks.

The United States Trustee requests that the clerk accept the attached check for unclaimed funds for deposit into the Registry of the U.S. Bankruptcy Court.

In re: Logan, Luke J.
       Case No. 08-09081-JM7
       Check No. 116, $299.77, Claim #3